_____                                    _____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                      Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 12/20/2018 Time: 11:00

**CASE: 18-20570 Dustin Lynn Koonce**

Christopher R. Wampler representing Dustin Lynn Koonce (Debtor)

__ N. S. Grigsby __ R. Herr __ F. Nix __ B. Tucci __
      representing Fredrick Eric Nix Nancy Spencer Grigsby (Trustee)

- [31] Amended Objection to Claim Number 3 In Re: Centennial
  Bank in the Amount of $529,896.54. Notice Served
  on 10/18/2018 Filed by Dustin Lynn Koonce (related
  document(s) 3 Exhibit A)(Wampler, Christopher)
  Additional attachment(s) added on 10/18/2018 (Kaniowski,
  Amanda).

**MOVANT** : Dustin Koonce BY C Wampler

- [32] Amended Objection to Claim Number 1 In Re: Dea Dorsey-Koonce
  in the Amount of $369,648.08. Notice Served
  on 10/18/2018 Filed by Dustin Lynn Koonce (related
  document(s) 6 Exhibit 4)(Wampler, Christopher)
  Additional attachment(s) added on 10/18/2018 (Kaniowski,
  Amanda). Additional attachment(s) added on 10/18/2018
  (Kaniowski, Amanda).

**MOVANT** : Dustin Koonce BY C Wampler

- [48] Response on behalf of Dea Dorsey-Koonce Filed by
  Matthew Fogleman (related document(s) 32 Objection
  to Claim filed by Debtor Dustin Lynn Koonce. Modified
  on 11/19/2018 (Kaniowski, Amanda).

- [50] Response on behalf of Capital Recovery Advisors,
  as authroized agent for Centennial Bank Filed by
  William R. Feldman (related document(s) 1 Exhibit
  Proof of Claim including attachments)

  [51] Memorandum in Opposition to Debtor's Amended
  Objection to Proof of Claim on behalf of Dea Dorsey-Koonce
  Filed by Matthew Fogleman (related document(s) 1
  Proposed Order) (Fogleman, Matthew) Modified on
  11/19/2018 (Kaniowski, Amanda).

**MOVANT** : Dea Dorsey-Koonce BY R Canter M Fogleman

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___

Denied without/with leave to amend by:_____Conf:_____Dismissed

Continued to: _____Jan 10   at 10AM_____

Other Matters: (List Paper No next to ruling)

| | | |
|---|---|---|
| Granted _____ | Sustained _____ | Denied _____ |
| Overruled _____ | Withdrawn _____ | Under Adv. _____ |
| Moot _____ | Consent _____ | Dismissed _____ |
| O.T.J. Fee _____ | | |

DECISION:

[ ] Signed by Court        [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel        [ ] Court
    [ ] Respondent's counsel    [ ] Other _____

NOTES: