# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **18–20570 – LSS**   Chapter: **13**

**Dustin Lynn Koonce**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a CONTINUED hearing will be held

    at 6500 Cherrywood Lane, Courtroom 3–D, Greenbelt, MD 20770

    on 1/10/19 at 10:00 AM

to consider and act upon the following:

31 – Amended Objection to Claim Number 3 In Re: Centennial Bank in the Amount of $529,896.54. Notice Served on 10/18/2018 Filed by Dustin Lynn Koonce (related document(s)26 Objection to Claim filed by Debtor Dustin Lynn Koonce). Responses due by 11/19/2018. (Attachments: # 1 Notice of Debtor's Amended Objection to Proof of Claim Filed by Centennial Bank # 2 Order Disallowing Claim of Centennial Bank # 3 Exhibit A)(Wampler, Christopher) Additional attachment(s) added on 10/18/2018 (Kaniowski, Amanda).

32 – Amended Objection to Claim Number 1 In Re: Dea Dorsey–Koonce in the Amount of $369,648.08. Notice Served on 10/18/2018 Filed by Dustin Lynn Koonce (related document(s)27 Objection to Claim filed by Debtor Dustin Lynn Koonce). Responses due by 11/19/2018. (Attachments: # 1 Notice of Debtor's Amended Objection to Proof of Claim Filed by Dea Dorsey–Koonce # 2 Proposed Order # 3 Exhibit 1 # 4 Exhibit 2 # 5 Exhibit 3 # 6 Exhibit 4)(Wampler, Christopher) Additional attachment(s) added on 10/18/2018 (Kaniowski, Amanda). Additional attachment(s) added on 10/18/2018 (Kaniowski, Amanda).

48 – Response on behalf of Dea Dorsey–Koonce Filed by Matthew Fogleman (related document(s)27 Objection to Claim filed by Debtor Dustin Lynn Koonce). (Attachments: # 1 Exhibit Exhibit 1 # 2 Proposed Order) (Fogleman, Matthew). Related document(s) 32 Objection to Claim filed by Debtor Dustin Lynn Koonce. Modified on 11/19/2018 (Kaniowski, Amanda).

50 – Response on behalf of Capital Recovery Advisors, as authroized agent for Centennial Bank Filed by William R. Feldman (related document(s)31 Objection to Claim filed by Debtor Dustin Lynn Koonce). (Attachments: # 1 Exhibit Proof of Claim including attachments) (Feldman, William)

51 – Memorandum in Opposition to Debtor's Amended Objection to Proof of Claim on behalf of Dea Dorsey–Koonce Filed by Matthew Fogleman (related document(s)32 Objection to Claim filed by Debtor Dustin Lynn Koonce, 48 Response filed by Creditor Dea Dorsey–Koonce). (Attachments: # 1 Proposed Order) (Fogleman, Matthew) Modified on 11/19/2018 (Kaniowski, Amanda).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/21/18

                                            Mark A. Neal, Clerk of Court
                                            by Deputy Clerk, Gloria Bellman
                                            301−344−8031

Form ntchrgmdb (rev. 12/2003)